UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cr-00295-JMS-TAB |
| | ) | |
| LEONARD SWEET, | ) -02 | |
| | ) | |
| Defendant. | ) | |

**Entry**

Defendant Leonard Sweet's (02) Motion to Reduce Sentence [113] is Granted in Part to the extent the attached Notice of Change in Criminal History Points is being sent to the BOP.

Date: 9/4/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Pamela S. Domash
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
pamela.domash@usdoj.gov

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
bob.wood@usdoj.gov

By U.S. Mail to:

Leonard Sweet
#17235-028
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, MO  65801-4000

Warden
MCFP Springfield
1900 W. Sunshine Street
Springfield, MO  65807